BRYANT et al., Appellants, v. TURNER, Respondent. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Edwin R. Bryant and others against Charles H. Turner. No opinion. Motion granted, with $10 costs, unless appellants, within 20 days from the date of this order, pay to the respondent $10 costs of this motion and serve the printed papers upon respondent's attorney on or before August 1st, in which case motion is denied, without costs.

BRYANT et al., Appellants, v. TURNER et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Edwin R. Bryant and others against Charles H. Turner and others. No opinion. Motion granted, with $10 costs, unless appellants, within 20 days from the date of this order, pay to the respondents $10 costs of this

motion, and serve the printed papers upon respondents' attorney on or before August 1st, in which case motion is denied, without costs.